# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JAMES DEFOOR                                                                     PLAINTIFF

v.                      NO. 4:17CV00706 JLH

FINANCIAL CREDIT SERVICES, INC.,
d/b/a ARA, INC., d/b/a ASSET RECOVERY
ASSOCIATES; and BRUCE COHEN                               DEFENDANT

## ORDER OF DISMISSAL

Plaintiff James Defoor's motion to dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) is GRANTED. Document #3. This action is hereby dismissed with prejudice.

IT IS SO ORDERED this 15th day of March, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE